

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2022

No. 04-21-00578-CR

**IN RE** Elio Enay **RUDAMAS**

Original Proceeding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

On January 3, 2022, the State filed a request for an additional 48 hours to file a response to relator's petition for writ of mandamus. The request is GRANTED. The response is due on January 5, 2022."

It is so **ORDERED** on January 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT